No. 1322, Misc. BARTLAM *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. *Laurence Leff* for respondent.

No. 1359, Misc. HOLLAND *v.* CICCONE, DIRECTOR, MEDICAL CENTER FOR FEDERAL PRISONERS. C. A. 8th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for respondent. 

No. 1360, Misc. WILLIAMS *v.* NELSON, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 1370, Misc. McEACHEN *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Michael M. Kearney* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 1376, Misc. HERRINGTON *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 1388, Misc. BROWN *v.* FOGEL. C. A. 4th Cir. Certiorari denied. *William M. Kunstler, Arthur Kinoy* and *Morton Stavis* for petitioner. 

No. 1219, Misc. WILKERSON *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Solicitor General Griswold* for the United States.

No. 1405, Misc. GALLEGOS ET AL. *v.* TURNER, WARDEN. C. A. 10th Cir. Certiorari denied.